**FILED** 
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 07 2022

MITCHELL R. ELFERS
CLERK

To: district clerk of court,

from: michael james nissen,

case #: 1:19-CR-00077-001JB


    district clerk of court,

    i accept and return with honor, i require

post settlement and closure pertaining to

enclosed matter of criminal monetary

penalties.

                  respectfully submitted,

date: 10/4/2022          Michael James Nissen
                by: Michael James Nissen
                Testamentary Trustee /
                creditor

    please send any inquiries
    to the following address:

Michael J Nissen

02508151

FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 6 – Criminal Monetary Penalties                                    Judgment - Page 8 of 8

DEFENDANT: **MICHAEL JAMES NISSEN**
CASE NUMBER: **1:19CR00077-001JB**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

☐ The Court hereby remits the defendant's Special Penalty Assessment; the fee is waived and no payment is required.

| Totals: | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| | $200.00 | $0.00 | $0.00 | $ 0.00 | $0.00 |

☐ The determination of the restitution is deferred until . An *Amended Judgment in a Criminal Case* will be entered after such determination.
☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☒  In full immediately; or

B  ☐  $ due immediately, balance due (see special instructions regarding payment of criminal monetary penalties).

**Special instructions regarding the payment of criminal monetary penalties: Criminal monetary penalties are to be made payable by cashier's check, bank or postal money order to the U.S. District Court Clerk, 333 Lomas Blvd. NW, Albuquerque, New Mexico 87102 unless otherwise noted by the court. Payments must include defendant's name, current address, case number and type of payment.**

**The Court finds the Mandatory Restitution Act of 1996 is applicable in this case; however, no claim for restitution has been made by the victim(s) in this case. Therefore, none will be ordered.**

**Based on the defendant's lack of financial resources, the Court will not impose a fine or a portion of a fine. However, in accordance with U.S.S.G. 5E1.2(e), the Court has imposed as a special condition that the defendant reside at a residential reentry center. The Court concludes the total combined sanction without a fine or alternative sanction, other than the defendant reside at a residential reentry center, is sufficiently punitive.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

*"Accept for honor in behalf of the United States, 12 U.S.C. § 95(a)(2)*

*by: [signature] Executor/creditor*

Name Michael I. Nissen by: Michael Nin

Reg. No. 02508151

FEDERAL CORRECTIONAL INSTITUTION

P.O. Box 9000

Seagoville, TX 75159-9000

**RECEIVED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 07 2022

MITCHELL R. ELFERS
CLERK

NORTH TEXAS TX 750
NORTH TEXAS TX 750
4 OCT 2022 PM 3 L
4 OCT 2022 PM 2 L

" FRANK "

UNITED STATES DISTRICT COURT
For the district of new mexico
c/o: clerk of court
suite 270
333 lomas boulevard, northwest
albuquerque, new mexico

87102-2274870

"FRANK"