UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 23 2024

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA
plaintiff,

v.

Michael James Nissen
defendant(s)

Case #
1:19-CR-00077-JB-SMV
1:23-CV-00936-JB-JFR

## FORMAL OBJECTION FOR THE RECORD OF THE COURT

Comes now, Michael James Nissen, before this Court in this Formal Objection for the Record of the Court.

## PEONAGE

"Illegal and Involuntary servitude in

Pg 1 of 5

satisfaction of a debt. Peonage which is a term descriptive of a condition that existed in Spanish America and especially in Mexico, and in the territory of "<u>New Mexico</u>," and which may be defined as the status or condition of compulsory service based upon the indebtedness of the peon to the master, the basic fact, being the indebtedness is abolished and prohibited by an Act of Congress which further declares that any statute, resolution, regulation, ordinance, or usage of any territory

Pg 2 of 5

or state designed or operating to establish, maintain, or enforce, directly or indirectly, the voluntary or involuntary service or labor of any persons as peons, in liquidation of any debt or obligation, or otherwise, shall be null and void. [42 u.s.c. § 1994] 45 Am. Jur. 2nd Involuntary Servitude and Peonage § 10, at 835-36 (1869).

In addition, the overwhelming evidence of your undue influence exercising your Arbitrary Abuse of Power, Infringing on a Secured Party by Right, Land

Pg 3 of 5

Patent with letters administration, you sir have now been exposed in its full entirety.

Wherefore, let the Record of the Court show your true transgressions as an Administrative arbitrator who clearly swore an oath to serve Satan, [The Pope]. It is now apparent that I need an Act of God to Overrule the Fictional Acts of Congress. The Truth has been written for I fear not, those you serve Sir .

Pg 4 of 5

May God Bless the United States
of America for as my Manifesto
clearly defines that I forgive
the Acts of those Patent Infringers
as I continue to collect Souls
as I stated in Case # 1:19-cr-00077-JB-
JFR, My question to you Sir in
closing,  Why ?

Date: 09/19/2024

Sent in Regards by God,
Michael James Nix
# 52958919



Your last words in #00077
    for the record of the
    Court you recognized me
    as the "Authorized Representative".

Pg 5 of 5

To: Clerk of Court,

From: Michael James Nissen,

Case # 1:19-CR-00077-JB-SMV
      1:23-CV-00936-JB-JFR

Clerk of Court,

   Your assignment, court time stamp
the contents of this envelope and send
a copy to all parties listed within the
four corners of this letter.

Date: 09/19/2024

Kind Regards
Michael James Nissen
Authorized Representative
#52958919

Michael James Nissen
376 58th St N.W.
ALBUQUERQUE, N. Mex., [87105]

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 23 2024

MITCHELL R. ELFERS
CLERK

ABQ P&DC 87101
FRI 20 SEP 2024   PM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
C/o Clerk of Court
Suite 270
333 Lomas Boulevard N.W.
ALBUQUERQUE, N. Mex., [87102]

FOREVER / USA